RECEIVED
Aug 21, 2008 (cw)
AUG 2 1 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

United States of America ex rel.  )
)
**William Sherrod - R62383**  )
(Full name and prison number)  )
(Include name under which convicted)  )
)
PETITIONER  )
)
vs.  )
)
**Nedra Chandler**  )
(Warden, Superintendent, or authorized  )
person having custody of petitioner)  )
)
RESPONDENT, and **Roger Walker**  )
)
**(Fill in the following blank only if judgment  )
attacked imposes a sentence to commence  )
in the future)**  )
)
ATTORNEY GENERAL OF THE STATE OF  )
)
_____  )
(State where judgment entered)  )

## 08CV4755
## JUDGE GETTLEMAN
## MAG.JUDGE ASHMAN

Case Number of State Court Conviction:

**06-CR-19581 and 06-CR-19582**

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1.   Name and location of court where conviction entered: **Cook County Circuit Court, 2650 S. California Ave, Chicago, IL 60608**

2.   Date of judgment of conviction: **June 5, 2007**

3.   Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

_____

4.   Sentence(s) imposed: _____

5.   What was your plea? (Check one)    (A)  Not guilty    ( )
(B)  Guilty    (✓)
(C)  Nolo contendere    ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

**Originally pleaded not guilty, ignorantly accepted guilty plea.**

Revised: 7/20/05

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):        Jury ( )        Judge only ( )

2. Did you testify at trial?         YES ( )        NO      ( )

3. Did you appeal from the conviction or the sentence imposed? YES ( ✓ )  NO ( )

   (A) If you appealed, give the

   (1) Name of court: First District Appellate Court

   (2) Result: I withdrew appeal.

   (3) Date of ruling: _____

   (4) Issues raised: Trial court accepting and entering final Judgement of plea in violation of due process and in violation of Supreme Court Rule 402 (c), Trial court shall not enter final judgement of plea without establishing factual basis for plea in open court.

   (B) If you did not appeal, explain briefly why not: Filed a motion to withdraw guilty plea, which was denied without written order by circuit court, appealed but withdrew appeal due the issue I'm appealing before this Court: The unconstitutionality of all Illinois legislation enacted under the Public Acts.

4. Did you appeal, or seek leave to appeal, to the highest state court? YES ( ✓ )    NO ( )

   (A) If yes, give the Petition to Reverse Judgement due to the unconstitutionality of the Public Acts of the state of Illinois

   (1) Result: Motion Denied, by Illinois Supreme Court

   (2) Date of ruling: August 4, 2008

   (3) Issues raised: Public Acts of the charge(s) convicted of and Public Acts themselves – from the 1st Public Act to the most current Public Acts are unconstitutional, rendering conviction void, though I'm actually innocence of conviction imposed.

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( ) No ( ✓ )

   If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

2

Revised: 7/20/05

**PART II – COLLATERAL PROCEEDINGS**

1.   With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES (✓)  NO ( )

With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

A.   Name of court: ① Cook County Circuit Court, ② First District Appellate Court, ③ Illinois Supreme Court

B.   Date of filing: ① July 3, 2007 ② March 13, 2008 ③ July 28, 2008

C.   Issues raised: ① Unconstitutionality of the Public Acts/Illinois' Laws ② Withdrawal of Guilty Plea ③ Unconstitutionality of the Public Acts/Illinois' Laws

D.   Did you receive an evidentiary hearing on your petition?   YES ( )   NO (✓)

E.   What was the court's ruling?   _____

F.   Date of court's ruling:   _____

G.   Did you appeal from the ruling on your petition?   YES (✓)   NO ( )

H.   (a)   If yes, (1) what was the result?   Motion Denied

          (2) date of decision:   ▓▓▓▓▓▓▓▓▓▓ June 11, 2008

     (b)   If no, explain briefly why not: _____

I.   Did you appeal, or seek leave to appeal this decision to the highest state court?

YES (✓)  NO ( )

     (a)   If yes, (1) what was the result?   Motion Denied

          (2) date of decision:   August 4, 2008

     (b)   If no, explain briefly why not: _____

_____
_____
_____
_____
_____
_____

Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?    YES ( )         NO (✓)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1.    Nature of proceeding    _____

        2.    Date petition filed    _____

        3.    Ruling on the petition    _____

        4.    Date of ruling    _____

        5.    If you appealed, what was the ruling on appeal?    _____

        6.    Date of ruling on appeal    _____

        7.    If there was a further appeal, what was the ruling ?    _____

        8.    Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court?**    YES (✓)    NO ( )

    A. If yes, give name of court, case title and case number: United States District Court *Northern District of Illinois* Hon. James F. Holderman and Associated Justices of the U.S. District Court Northern District of IL ↳ I was not given a *case number* by the court; my own case title was *Petition for Federal Discretion, Review & Ruling.*

    B. Did the court rule on your petition? If so, state

        (1) Ruling: No, court 'U.S. District Court' stated "the enclosed material contains no case number or case title with this court.

        (2)    Date: August 4, 2008

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?    YES (✓)    NO ( )

    If yes, explain: Civil Lawsuit with this U.S. District Court Northern district of IL case# 08 C 3903 - Judge Coar, Magistrate Judge Keys. Re-instated appeal of Motion to Withdraw Guilty Plea to First District Appellate Court - Hon. Anne Burke, case #'s 08-0762 & 08-0763. Motion for Relief from Judgement to Cook County Circuit Court with Judge Thomas V. Gainer Jr - Regarding adding of statutorily required term of MSR - Mandatory Supervised Release. In the process of filing a Motion for Relief of Judgement, Pursuant to 735 ILCS 5/2 - 1401, due to my actual innocence. Don't know if divorce and relinquishment of parental rights, in Cook County Domestic Court apply; but are due to this conviction.

4

**PART III – PETITIONER'S CLAIMS**

1.   State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A)   Ground one   Actual Innocence
Supporting facts (tell your story briefly without citing cases or law):

I have not - past - nor would I ever - in present or future - do anything remotely close to what I'm currently convicted of. Parent(s), Guardian(s) and falsely alledged victims, requested of police to drop charges, State's Attorney picked-up charges. Outside of statements NOTHING was brought to my attention or in discovery, that supported what was alledged. Countless people can attest to my character and behavior publicly and privately. I've filed lawsuits and I'm in criminal courts to cure this totally unjust injury. If you met me, I think you'd really like me as a person and highly respect me as a man of God. Discovery would support my claim of actual innocence, in regards to support of falsely alledged accusations, there is nothing to support claim of falsely alledged victims. ABSOLUTELY NOTHING HAPPENED, THERE WAS NO CRIME.

(B)   Ground two   4TH AMENDMENT RIGHT VIOLATED, due to police lying
Supporting facts:   about having an arrest warrant at the time of the arrest from my house.

On August 8, 2006 2 detectives came to my apartment and identified themselves as the police. I opened the door, the detectives said they had an arrest warrant for me. I asked to see the arrest warrant, in the presence of my then wife Tania E. Sherod (Now Tania E. Nunez) the detective said no. Had I'd known then, what I know now, I would not have went with the police without seeing a warrant for my arrest. I would have went to the police report with my lawyer, in regards to their investigation of me. Had the detectives not deceived me, I probably would not have been arrested and imprisoned falsely. Up to-date (2008) one of the charges 720ILCS 5/12-13 or 14 can be verified and I request it (Through medical examination, which is applicable, even after a 2 year time lapse)

Revised: 7/20/05

*8th Amendment violation*
*Ineffective assistance of counsel:*

(C) Ground three   6th and 8th Amendments violated
Supporting facts:

Both lawyers 'Daniel Radakovic & Glen J Jazwiec' did not do what could have been to prove my actual innocence and have me acquitted. I'm fighting legally - all by myself except for the help of Jesus - bringing issues before the Court - Circuit - Appellate - *IL Supreme Court* - U.S. District etc. - that bought lawyers were aware of: My actual innocence, warrantless arrest at residence, only statements being used as evidence 'statements alone can not prove guilt beyond reasonable doubt,' invalidity and unconstitutionality of the legislation relied on to arrest, charge, prosecuted, convict and imprison me, the applicability and validity of a medical examination, Motion To dismiss- Due to insufficiency of evidence.

*8th Amendment violation:*  Due to my actual innocence and voidness of conviction, I'm imprisoned wrongfully.

(D) Ground four   14th Amendment violated
Supporting facts:

*is a violation*

This entire case/conviction of my due process and equal protection rights. Police was aware of "questionableness" of falsely reported accusations. Police nor state's attorney nor judge, inquired about or requested a medical examination to verify allegations - to prove or disprove my innocence. State's Attorney and Judge, as well as 2 attorney's were aware that evidence was insufficient to charge, arrest or convict me; But I'm convicted. There is no evidence -physical- now - or was there any physical evidence then, to support false accusation. I should not and could not have been proven guilty beyond reasonable doubt, due to NO EVIDENCE TO SUPPORT False accusation.

2.  Have all grounds raised in this petition been presented to the highest court having jurisdiction?

YES ( )   NO (✓)

3.  If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:
INSUFFICIENCY OF EVIDENCE TO CONVICT. WARRANTLESS ARREST. MEDICAL EXAMINATION. STATEMENTS ALONE CAN NOT PROVE GUILT BEYOND REASONABLE DOUBT. PARENTS AND GUARDIANS DROPPING THE CHARGES; STATE'S ATTORNEY'S OFFICE PRESSING THE CHARGES.

Revised: 7/20/05

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  *NO PRELIMINARY HEARING - SECRET INDICTMENT*

(B) At arraignment and plea  *DANIEL E. RADAKOVICH, 900 W. JACKSON BLVD, SUITE 5-E, (312) 733-5116  CHICAGO, IL 60607*

(C) At trial  *NO TRIAL*

(D) At sentencing  *GLEN J. JAZWIEC, 100 E. CHICAGO STREET, SUITE 504, ELGIN, IL 60120  (312) 502-3100*

(E) On appeal  *PRO'SE*

(F) In any post-conviction proceeding  *PRO'SE*

(G) Other (state):  *PRO'SE*

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES (  )   NO ( ✓ )

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on:  *8·11·08*
          (Date)

          *PRO'SE*
          Signature of attorney (if any)

          **I declare under penalty of perjury that the foregoing is true and correct.**

          *WILLIAM SHERROD*
          (Signature of petitioner)

          *R 62383*
          (I.D. Number)  *Dixon C.C.,*
          *2600 N. Brinton Ave, Dixon, IL 61021*
          (Address)

*※1 Original copy and 2 xerox copies enclosed, 1 to be stamped, filed and sent back to me.*

Revised: 7/20/05

Hello U.S. District Court Northern Illinois District Court,

This is Ap. William T. Sherrod Jr, appealing to this court; due to the Illinois Supreme Court denying my motion for reversal of judgement on 8/4/08, due to the unconstitutionality of the Public Acts/laws relied on to arrest, charge, prosecute, convict and imprison me, wrongfully even though I'm actually innocent. Enclosed are documents of the earliest and latest actions taken by me in the Courts of Illinois - Circuit, Appellate, Supreme; even this Court 'U.S. District Court'.

Brief History of Legal Actions Taken:

June 5, 2007 - Accepted guilty plea

July 3, 2007 - Filed with-drawal of guilty plea

February 28, 2008 - Motion to withdraw guilty plea denied

March 13, 2008 - Filed Appeal from Circuit Court of Cook County's judgement of denying my Motion to withdraw guilty plea, in First District Appellate Court of Illinois

March 2008 - Filed motion to withdraw appeal from the First District Appellate Court of Illinois.

June 2008 - Motion to withdraw appeal granted by First Appellate District Court of Illinois

June 10, 2008 - Filed 3rd Amended Motion To Dismiss, due to the unconstitutionality of the Public Acts of the state of Illinois.

June 11, 2008 - 3rd Amended Motion To Dismiss denied without written order.

June 2008 - Filed Petition for Reversal of Judgement before Illinois Supreme Court

July 2008 - Filed Petition for Reversal of Judgement before First District Appellate Court, due to advising of Illinois Supreme Court. ← Letter Dated: July 2008

July 2008 - Petition for Reversal of Judgement transmitted back to the Illinois Supreme Court by the First District Appellate Court of Illinois.

August 4, 2008 - Petition for Reversal of Judgement denied by Illinois Supreme Court

The <u>sole</u> reason for my consistant challenging of this conviction, is my <u>ACTUAL INNOCENCE</u>. I've prayed, researched, studied and have taken actions, legal actions to be cured of the injury's that I've experienced. You have the inherent power to correct, remedy my injury's; please inform me on your action in my request before this Court.

Respectfully Requested,

#RG2383

_____

William Sherrod, Pro'Se



**DOROTHY BROWN**
CLERK OF THE CIRCUIT COURT



Criminal Division
2650 S. California, Room 526
Chicago, Illinois 60608
(773) 869-3140
FAX (773) 869-4444
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

May 29, 2008


William Sherrod  #R62383
Dixon C.C.
P.O. Box 1200
Dixon, IL 61021

RE:  Case Numbers 06CR1958101, 06CR1958201


Please be advised that on 05/21/08,  your Motion to withdraw the Appeal was

Stricken from the Court Call by the Honorable Judge Thomas Gainer Jr.

The motion is filed in the wrong court.  It should be filed in the Appellate

Court, First District.  OFF CALL.


                                        Sincerely,


                                        CRIMINAL DIVISION
                                        MOTION DEPARTMENT

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS
                        PLAINTIFF

                                              CASE#(S): 06 CR 19581, 06 CR 19582
                                              JUDGE: THOMAS V. GAINER JR.

        v                                     COURTROOM: 302

WILLIAM SHERROD
                        PETITIONER

### 3RD AMENDED MOTION TO DISMISS
### PURSUANT TO THE POST-CONVICTION ACT 725 ILCS 5/122-1(A)(1)/SUPREME COURT RULE 603

NOW COMES THE PETITIONER, WILLIAM SHERROD, PRO'SE AND MOVES THIS HONORABLE TO DISMISS CONVICTION,
PURSUANT TO THE POST-CONVICTION ACT 725 ILCS 5/122-1(A)(1)/SUPREME COURT RULE 603, FOR THE
FOLLOWING REASONS:

1.) THAT THE PETITIONER, WILLIAM SHERROD, was arrested, charged and convicted under
unconstitutional legislation/invalidate statute(s); the "Public Act(s)" themselves in the
entirety up-to-date, **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974),
**People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

2.) THAT the "Public Act(s)" themselves are unconstitutional in there entirety up-to-date, due
to the "Public Act(s)" themselves in there entirety up-to-date, being enacted in violation of the
single-subject rule of the Constitution of the State of Illinois, Article 4, Section 8,
Subsection(d), **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v
Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

3.) THAT the "Public Act(s)" themselves in there entirety up-to-date violate the single-subject
rule, due to each law enacted under the title/name/subject "Public Act" being a seperate
single-subject as demonstrated in **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116
(1974), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

4.) THAT in **Fuehrmeyer v City of Chicago** the Supreme Court of the State of Illinois concluded
each of the 30 professions amended under **P.A.77-1818**, were seperate single-subject(s), each
profession should have remained a single-subject to be enacted into law in the State of
Illinois, **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(2004).

5.) THAT as the Supreme Court of Illinois ruled that each of the 30 professions under **P.A.77-
1818** were all seperate single-subject(s); all the laws enacted under the title/name/subject
"Public Act" equally including all criminal offense(s) are seperate single-subject(s) ,
which should have been enacted as seperate single-subject(s) of law, **Fuehrmeyer v City of
Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v Burdunice**, 285 Ill.Dec.191,811 N.E.2d
678(2004).

6.) THAT the "Public Act(s)" inter-relate and inetr-connect subject(s) of law that have no natural or logical connection as demonstrated in previous Supreme Court of Illinois decisions/ ruling; **P.A.88-680**, **People v Cervantes**, 243 Ill.Dec. 233,189 Ill.2d 80,723 N.E.2d 265(1999); **P.A.89-428**, **Johnson v Edgar**, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997), **People v Tellez-Valenica**, 243 Ill.Dec. 191,723 N.E.2d 223(1999); **P.A.89-404**, **People v Reedy**, 237 Ill.Dec.74, 708 N.E.2d 1114(1999); **P.A.89-203**, **People v Wooters**, 243 Ill.Dec. 33,188 Ill.2d 500,722 N.E.2d 1102(1999); **P.A.90-456**, **People v Sypien**, 198 Ill.2d 534,338 261 Ill.Dec. 294,763 N.E.2d 264(2001); **P.A.89-688**, **People v Foster**, App. 4 Dist.,316 Ill.App.3d 855,737 N.E.2d 1125,250 Ill.Dec. 148(2000), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d N.E.2d 678(2004); **P.A.77-1818**, **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974) and the like.

7.) THAT the Supreme Court of Illinois in **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678 **(2004)** prescribed there 2 tiered analysis to determine whether an act violates the single-subject rule: 1st, courts must determine on it's face if an act has a legitimate single-subject; 2nd, whether various provisions within act all relate to a proper and legitimate subject at issue, the "Public Act(s)" fail to meet this 2 tiered analysis of the Supreme Court of the State of Illinois.

8.) THAT due to the "Public Act(s)" inter-relating, inter-connecting, log-rolling, bundling and "bunching"-Elijah Stewart, subject(s) of law that have no natural or logical connection, the "public Act(s) are unconstitutional, **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

9.) THAT the title/name/subject "Public Act" violates the single-subject rule, due to the title/ name/subject "Public Act" being a improper and Illegitimate single-subject, **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004), due to the title/name/subject "Public Act" being an unclear, not specific, imperceptive, vague and evasive of the purpose of the sinle-subject rule, **People v Reedy**, 237 Ill.dec. 74,798 N.E.2d 1114(1999).

10.) THAT the statement; "An act in relation to..." conflicts with the title/name/subject "Public Act" and the various provisions within the "Public Act(s)" embrace and address more than (1) one subject(s), **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

11.) THAT the various provisions within the "Public Act(s)" violate the sinlge-subject rule, due to the various provisions within the "Public Act(s)" inter-relating and inter-connecting at least (2) two seperate sinlge-subject(s) criminal and civil law, **Fuehrmeyer v City of Chicago** 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v Burdunice**, 285 Ill.Dec.191,811 N.E.2d 678(2004) as demonstrated in preious Illinois Supreme Court ruling, issue #6.

12.) THAT (1) of the many purposes of the single-subject rule, is to ensure orderly, comprehensive and informative legislation, **People v Reedy**, 237 Ill.Dec. 74,708 N.E.2d 1114(1999)

13.) THAT another purpose of the  single-subject rule is to prevent the evil of log-rolling, bundling, **People v Reedy**, 237 Ill. Dec. 74,708 N.E.2d 1114(1999) or "bunching", Elijah Stewart; legislation together that have no natural or logical connection, which alone could not succeed on it's own merits, by it'self, **People v Reedy**, 237 Ill.Dec. 74,708 N.E.2d 1114(1999).

14.) THAT since the inception of the "Public Act(s)" up-to-date, the "Public Act(s)" themselves in there entirety are disorderly, confusing and do not adequately inform the People of the State of Illinois of the laws that govern Illinois, **Fuehrmeyer v City of Chicago**, 57 Ill.2d 193,202,311 N.E.2d 116(1974), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

15.) THAT the codification rule has been rejected by the Illinois Supreme Court as being applicable to the laws of the State of Illinois, without the initial adherence to the single-subject rule of the Constitution of the State of Illinois, Article 4, Section 8, Subsection(d), **People v Reedy** 237 Ill.Dec. 74,708 N.E.2d 1114(1999), since the inception and initial enactment of the "Public Act(s)"; the "Public Act(s)" violate the Constitution of The State of Illinois' single-subject rule, **Fuehrmeyer v City of Chicao**, 57 Ill.2d 193,202,311 N.e.2d 116(1974), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

16.) THAT when a statute(s) is unconstitutional in it's entirety, as the "Public Act(S)" are unconstitutional in there entirety up-to-date, **Fuerhmeyer v City of Chicago**, 57 Ill.2d 193,202, 311 N.E.2d 116(1974), no person can be prosecuted under unconstitutional legislation, **People v Manuel**, Sup. 68 Ill.Dec. 506,446 N.E.2d 240(1983).

17.) THAT when a statute(s) is unconstitutional in it's entirety, as the "Public Act(s)" are unconstitutional in there entirety up-to-date, **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004) no person can be charged or arrested under unconstitutional legislation due to the Supreme Court of Illinois permanently enjoining any enforcement of any unconstitutional legislation, **Johnson v Edgar**, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).

18.) THAT an unconstitutional statute(s) "Public Act(s)"  confers no right, imposes no duty, affords no protection, is no law at all and does not exist; according to the state legislator's power, the Constitution of the State of Illinois, **People  v Gersch**, 142 Ill.Dec. 767,553 N.E.2d 281(1990), **People v Burdunice**, 285 Ill.Dec. 191,811 N.E.2d 678(2004).

19.) THAT curative legislation will not remedy the constitutional defect(s) in the "Public Act(s) due to the "public Act(s)" being enacted in violation of the single-subject rule of the Constitution of the State of Illinois, **Johnson v Edgar**, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).

20.) THAT subsequent legislation can not legalize or validate the unconstitutional legislation "Public Act(s)" it'self, **Johnson v Edgar**, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).

21.) THAT the only appropriate, legal, lawful, constitutional and just remedy is to reverse judgement and dismiss conviction against, THE PETITIONER, WILLIAM SHERROD, **People v meyerowitz, 61 Ill.2d 200,335 N.E.2d 1(1975)**, the immediate release of every person charged, arrested, prosecuted and or convicted under the "Public Act(s)", the full compensation of these people and the complete replacement of the "Public Act(s)" with legislation that totally obeys, follows and adheres to the Constitution of the State of Illinios, **Fuehrmeyer v City of Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974), People v Burdunice, 285 Ill.Dec. 191,811 N.E.2d 678(2004)**

WHEREFORE IN THE INTEREST OF JUSTICE, THE PETITIONER, WILLIAM SHERROD, REQUEST OF THIS HONORABLE COURT THE REVERSAL OF JUDGEMENT, DISMISSAL OF CONVICTION; DUE THE UNCONSTITUTIONALITY OF THE CONVICTION THE PETITIONER, WILLIAM SHERROD, BEING ARRESTED, CHARGED AND WRONGFULLY CONVICTED UNDER UNCONSTITUTIONAL LEGISLATION, THE "PUBLIC ACT(S)" AND SUCH AND OTHER RELIEF AS IS EQUITABLE AND JUST.

RESPECTFULLY SUBMITTED,

#:R62383

PETITIONER, PRO'SE

TO YOUR HONOR: YOUR HONOR I WOULD LIKE ANY AND ALL LENIENCY IN THIS LEGAL MATTER. THANK YOU, YOU HONOR. I WOULD ALSO REQUEST A HEARING DATE AND OR JUDGEMENT ON THIS **3RD AMENDED MOTION TO DISMISS** i would like to proceed on this motion, Your Honor. Thank you, Your Honor.


TO MRS.DOROTHY BROWN, CIRCUIT CLERK OF COOK COUNTY: MRS. BROWN, WOULD YOU FORWARD MY PETITION TO THE APPROPRIATE PEOPLE, THE JUDGE, YOUR FILE(S), THE STATE'S ATTORNEY AND WOULD YOU PLEASE SEND ME A STAMPED AND FILED COPY OF MY PETITION AND PREVIOS PRO'SE PETITION'S THAT I'VE FILED (I.E. AMENDED MOTION TO DISMISS, 2ND AMENDED MOTION TO DISMISS, MOTION TO WITHDRAW APPEAL AND THIS **3RD AMENDED MOTION TO DISMISS,** THANK YOU VERY MUCH MRS. BROWN, TAKE CARE!!!)



**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**

Criminal Division
2650 South California Avenue
Room 526
Chicago, Illinois 60608
(773) 869-3147
FAX (773) 869-4444
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

June 16, 2008

William Sherrod #R62383
Dixon C.C.
P.O. Box 1200
Dixon, IL 61021

Dear William Sherrod:

RE:    Case Number 06CR1958101, 06CR1958201

Please be advised that on 06/11/08, the Honorable Judge Thomas Gainer Jr. denied your motion for 2nd amended motion to dismiss.

If you have additional questions regarding this ruling, please contact your attorney, or the public defender.

Office of the Public Defender, Cook County
2650 South California Avenue
7th Floor
Chicago, IL 60608
(773) 869-3222

Sincerely,
**Dorothy Brown**
Clerk of the Circuit Court of Cook County, Illinois

By _____ Deputy Clerk

CCCR EF18-2004/2007. Motion Denied Letter.



**MISSION STATEMENT**

The mission of the office of the Clerk of the Circuit Court of Cook County is to serve the citizens of Cook County and the participants in the judicial system in a timely, efficient and ethical manner. All services, information and court records will be provided with courtesy and cost efficiency.

IN THE APPELLATE COURT, STATE OF ILLINOIS
FIRST DISTRICT

**ORDER ENTERED**

JUN 2 3 2008

APPELLATE COURT, FIRST DISTRICT

People
Appellee

v.

William Sherrod,
Appellant

)
)
)
)
)
)
)
)
)
)

NO ( 08 · 762 )
( 08 · 763 )

ORDER

On motion of appellant, pro se, to withdraw his appeal, the State Appellate Defender representing appellant.

It is Hereby Ordered that appellant, pro se's motion to withdraw his appeal is ___GRANTED___. The Appellant has 21 days from the entry of this order to reinstate this appeal

_____ Justice

_____ Justice

_____ Justice

Name

Attorney for

Address

City

Telephone

William Sherrod
R 62383
2600 N Brinton Ave.
Dixon Ill 61021

STEVEN M. RAVID, CLERK OF THE APPELLATE COURT, FIRST DISTRICT



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

July 8, 2008

08-07621
08-07703
08 Consecutive

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Mr. William T. Sherrod, Jr., #R-62383
Dixon Correctional Center
P.O. Box 1200, 2600 N. Brinton Avenue
Dixon, IL 61021

Re: "Petition for Reversal of Judgment" received by
Supreme Court Clerk

**Notice**

The captioned document will not be filed and docketed in the Supreme Court for want of compliance with Supreme Court Rule 303(b)(3), amended July 27, 2006, effective September 1, 2006, or Supreme Court Rule 603 and Supreme Court Rule 606(d)(8), amended July 27, 2006, effective September 1, 2006:

| Case Name: | *People v. Sherrod* |
|---|---|
| County: | Cook |
| Number: | 06 CR 1958101 and 06 CR 1958202 |
| Date Filed in Circuit Court: | 06/11/08 |

Please see Supreme Court Rule 18.

The documents transmitted to the Illinois Supreme Court are enclosed.

Under Supreme Court Rules, judgments of the Circuit Court are appealable to the appellate court.  See, for example, Supreme Court Rules 603, 606, and 612.  Time limits apply.

Hon. Dorothy Brown
Clerk of the Circuit Court
Cook County
Richard J. Daley Center, Room 801
Chicago, IL 60602

Clerk of the Appellate Court
First Judicial District
160 N. LaSalle Street, 14th Floor
Chicago, IL 60601

Hon. Lisa Madigan
Attorney General
Criminal Appeals Division
100 W. Randolph Street
12th Floor
Chicago, IL 60601



## SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524 8132

July 28, 2008

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Mr. William Sherrod
Reg. No. R-62383
Dixon Correctional Center
2600 North Brinton Avenue
Dixon, Illinois 61021

> Re:    M12115 -    People State of Illinois, respondent, v. William Sherrod, petitioner.

Dear Mr. Sherrod:

This will acknowledge receipt of two (2) motions from you, which were forwarded to the Illinois Supreme Court Clerk's office in Springfield for consideration.

Your first motion, which was received by our office on July 22, 2008, has been docketed in the above-captioned cause as a "Motion by Petitioner for Direct Appeal Pursuant to Supreme Court Rule 302(b) and for Certain Other Relief." Your second motion, received July 28, 2008, has been filed in this same case as a "Motion by Petitioner to Accelerate Docket."

You are being permitted to proceed as a poor person. Your motions will be referred to the Court, and you will be advised as to any action taken.

Very truly yours,

*Juleann Hornyak*

Clerk of the Supreme Court

JH/jak
cc:    AG CrMadigan
Clerk of the Appellate Court, First District, Nos. 1-08-0762 & 1-08-0763.
Clerk of the Circuit Court, Cook County, Nos. 06CR19581 & 06CR19582.



## SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

August 4, 2008

Mr. William Sherrod
Reg. No. R-62383
Dixon Correctional Center
2600 North Brinton Avenue
Dixon, IL 61021

> In re: People State of Illinois, respondent, v. William
> Sherrod, petitioner.
> No. MD 12115

Today the following order was entered in the captioned case:

> Motion by petitioner for direct appeal pursuant to Supreme
> Court Rule 302(b) and for certain other relief. Motion Denied.

> Order entered by the Court.

> In light of the entry of the Court's order, the motion by
> petitioner to accelerate docket is moot.

Very truly yours,

*Juleann Hornyak*

Clerk of the Supreme Court

cc: Clerk of the Appellate Court, First District
    Hon. Lisa Madigan
    Clerk of the Circuit Court, Cook County



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**\*Prisoner Correspondence**

Date: _8 - 4 - 08_

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. _with this court_ Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan,* 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, you will be promptly notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

\*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

☐ Contact: Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
One Prudential Plaza
130 E. Randolph Drive
Chicago IL 606901

☐ Contact: Clerk of the Circuit Court of Cook County
Richard J. Daley Center
Chicago IL 60601

☐ For copies of collected bound reported court opinions, contact:
Sale Department, West Publishing
P.O. Box 3526
St. Paul MN 55165

☐ Local Rule 5.1 requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
U.S. District Court for the Northern District of Illinois
211 South Court St. - Room 252
Rockford IL 61101

☐ For a copy of Local Rules for U.S. District Court, Northern District of Illinois, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
Clerk, U.S. District Court
Attn: Cashier
219 S. Dearborn - 20th floor
Chicago IL 60604

☐ For a copy of the Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures, contact:
Superintendent of Documents
U.S. Government Printing Office
Washington D.C. 20402

☐ Pursuant to Local Rule 5.6, no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate stamp your documents. Received stamped copies for return to you must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under your alias and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

requestform.wpd
Updated 6/15/04

Hello U.S. District Court - Northern District Illinois - <u>Clerk</u>,

Will you please give a copy of the letter enclosed to the Chief Justice & Associate Justices and a copy of the petition, please? Thank you.

**RETURNED**

**AUG 4 2008**

UNITED STATES DISTRICT COURT

<u>Chief Justice</u> James F. Holderman, <u>Associate Justices</u> Wayne R. Andersen, Elaine E. Bucklo, Ruben Castillo, David H. Coar, John W. Darrah, Samuel Der-Yeghiayan, Mark R. Filip, Robert W. Gettleman, Joan B. Gottschall, Ronald A. Guzman, William J. Hibbler, Virginia M. Kendall, Matthew F. Kennell, Joan Humphrey Lefkon, Blanche M. Manning, Charles R. Norgle Sr., Rebecca R. Pallmeyer, Amy J. St. Eve, James B. Zagel

As I've requested in my petition, due to me being indigent; would you please stamp, file and send, a copy of the letter to the Justices of the Illinois Supreme Court, my petition & a stamped & filed copy of this letter of my request to you. Thanks! Send the stamped & filed copies to me here at: Dixon C.C., Attn: William Sherrod #R62383, 2600 N. Brinton Ave, Dixon, IL 61021.

Thank you,

Ap. William T. Sherrod Jr.

Good day, U.S. District Court Justices, (( Chief Justice James F. Holderman, <u>Associate Justices</u> Wayne R. Anderson, Elaine E. Bucklo, Ruben Castillo, David H. Coar, John W. Darrah, Samuel Der-Yeghiayan, Mark R. Filip, Robert W. Gettleman, Joan B. Gottschall, Ronald A. Guzman, William J. Hibbler, Virginia M. Kendall, Matthew F. Kennell, Joan Humphrey Lefkow, Blanche M. Manning, Charles R. Norgle Sr, Rebecca R. Pallmeyer, Amy J. St. Eve, James B. Zagel ))

Your High Honors,

This is Ap. William T. Sherrod Jr, requesting the most humble request of this High Court. Would you <u>please</u> use your <u>judicial discretion</u> to <u>review</u> the <u>merits</u> of this <u>petition</u>? If so, would you <u>please</u> use your inherent power to rule on the issue raised in this petition? I am aware, to a degree; that there are procedural requirements to present a petition(s) before this court; but due to the sole issue raised in this petition, the <u>unconstitutionality</u> of the laws in the State of Illinois for the last <u>38 years</u>, since 1970. Due to this issue I believe all procedural requirements of filing should be and can be waived. I've tried to <u>communicate</u> 'per this petition' this issue in a <u>condensed</u> and <u>comprehensive</u> manner, being straight forward. PLEASE REVIEW AND RULE ON THIS ISSUE. It's been stated: "The legal system in Illinois, has been <u>broken</u> for over <u>30</u> years and we're trying to fix it" also "Innocent people get wrongfully convicted every day."- Both state-ments were made by the Supervisor of Public Defenders in Markham Circuit Court and Christy Kelley a Public Defender in Cook County. <u>That brokeness is</u> the "Public Acts" or the legal system "laws" in Illinois since 1970.

There are more case law to support and defend this issue, some are, but are not limited to: <u>People v Brown</u>, 866 N.E.2d 1163 (2007); <u>People v Olender</u>, 854 N.E.2d 593 (2005); <u>People v Sharpe</u>, 839 N.E.2d 492 (2005); <u>People v Christy</u>, 564 N.E.2d 770 (1990); <u>People v Thompson</u>, **80**5 N.E.2d 1200 (2004). <u>People v Gray</u>, 377 N.E.2d 1311 (1978); <u>People v Montana</u>, 44 N.E.2d 569 (1942); <u>People v Williams</u>, 361 N.E.2d 1110 (1977); <u>People v ex rel Scott v Isreal</u>, 361 N.E.2d 1108 (1977); <u>John v Troy Fire Protection Dist</u>, 644 N.E.2d 1159 (1994) and the like, just got these citations today 7·30·08. High honors, would you please, review and rule on this petition, important; in my most <u>humblest</u> opinion, there is <u>NO</u> more <u>important</u> issue in the State of Illinois than the issue raised in this petition: The unconstitutionality of the laws in the State of Illinois for the last past <u>38</u> years. The "Public Acts" are unconstitutional.

Thank you for your consideration,
if you consider;

Ap. William T. Sherrod Jr.

* <u>P.S.</u>, don't you believe that this issue, is the most important issue regarding the State of Illinois? If yes, respectfully, what will you do about it? I hope your <u>fully</u> aware, that I'm stating; Illinois has been without legal laws for <u>38 years</u>, since the 1970 adaptation of the Constitution of the State of Illinois. If I am wrong, tell me and tell me how please. Thank you, again.

NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN ST,
CHICAGO, IL 60604

# RETURNED

## AUG   4 2008

### UNITED STATES DISTRICT COURT

PEOPLE OF THE STATE OF ILLINOIS
                              APPELLEE

             v

WILLIAM SHERROD
                    APPELLANT

CASE#(S):  06 CR 1958101
           06 CR 1958202

JUDGE(S): CHIEF JUSTICE JAMES F. HOLDERMAN,
          ASSOCIATE JUSTICES, ANDERSEN,
          BUCKLO, CASTILLO, COAR, DARRAH,
          YEGHIAYAN, FILIP, GETTLEMAN,
          GOTTSCHALL, GUZMAN, HIBBLER,
          KENDALL, KENNELL, LEFKON, KENDALL,
          MANNING, NORGLE, PALLMEYER,
          ST. EVE, ZAGEL

PETITION FOR FEDERAL DISCRETION, REVEVIEW, RULING
DUE TO THE UNCONSTITUTIONALITY OF THE PUBLIC ACTS OF THE OF ILLINOIS-ALL OF ILLINOIS' LAWS
EING UNCONSTITUTIONAL, DUE TO THE PUBLIC ACTS BEING ENACTED IN VIOLATION OF THE SINGLE-SUBJECT RULE

NOW COMES THE APPELLANT, WILLIAM SHERROD, PRO'SE AND MOVES THIS MOST HONORABLE HIGH COURT, TO
USE IT'S  JUDICIAL DISCRETION TO REVIEW THE MERITS OF THIS PETITION AND FOR THIS MOST
HONORABLE HIGH COURT, TO USE IT'S INHERENT POWER TO RULE/JUDGE THE MERITS OF THIS PETITION
BROUGHT BEFORE IT, FOR THE INTEREST OF THE PUBLIC AND THE INTEREST OF JUSTICE, DUE TO THE SOLE
ISSUE RAISED IN THIS PETITION: THE UNCONSTITUTIONALITY OF THE PUBLIC ACTS OF THE STATE OF
ILLINOIS, THE ENTIRETY OF ILLINOIS' LEGISLATION SINCE 1970, 38 YEARS, THIS MOST RESPECTFUL
REQUEST IS MADE FOR THE FOLLOWING REASONS:

1.) THAT THE APPELLANT, WILLIAM SHERROD, was charged, arrested, prosecuted, convicted and
imprisoned wrongfully 'not only due to his actual innocence', under unconstitutional legislation
invaild statute(s), the "Public Acts" of the State of Illinois; Illinois Legislative Letters of
the General Assembly; Fuehrmeyer v City of Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974);
People v Burdunice, 285 Ill.Dec. 191,811 N.E.2d 678(2004); Justice Heiple's dissent in
Arangold Corp v Zehnder, 240 Ill.DEc. 710,718 N.E.2d 191(1999).

2.) THAT the "Public Acts" are unconstitutional in there entirety, at there inception in 1970;
People v Gersch, 142 Ill.Dec. 767,553 N.E.2d 281(1990); and up-to-date, Fuehrmeyer v City of
Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974); due to the "Public Acts" of the State of
Illinois, being enacted in violation of the single-subejct rule of the Constitution of the State
of Illinois, Article 4, Section 8, Subsection(d).

3.) THAT the "Public Acts" were enacted in 1970 as amendatory legislation to totally repeal the
legislation of Illinois enacted prior to 1970 to contemperize,condense,"shrink" Illinois
legislation; Illinois Legislative Letters of the General Assembly 77th Seession

4.) THAT the "Public Acts" inter-relate, inter-connect, bundle, log-roll and "bunch" i.e. 'Elijah Stewart, subjects of law that have no natural or logical connection; as demonstrated in various previous Illinois Supreme Court decisions/ruling; P.A.77-1818 invalidated in Fuehrmeyer v City of Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974); P.A.88-680 invalidated in People v Cervantes, 24 Ill.dec. 233,189 Ill.2d 80,723 N.E.2d 265(1999); P.A.89-428 invalidated in Johnson v Edgar, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997)  ruling upheld in People v Tellez-Valenica, 243 Ill.Dec. 191, 723 N.E.2d 235(1999); P.A.89-404 invalidated in People v Pitts, People v Wilson & People v Reedy, 237 Ill.Dec. 74,708 N.E.2d 1114(1999); P.A.89-203 invalidated in People v Wooters, 243 Ill.DEc. 33,188 Ill.2d 500,722 N.E.2d 1102(1999); P.A.90-456 invalidated in People v Sypien, 198 Ill.2d 534,338,261 Ill.DEc. 294,763 N.E.2d 264(2001); P.A.89-688 invalidated in People v Foster, App. 4 Dist, 316 Ill.App.3d 855,737 N.E.2d 1125,Ill.Dec.148(2004) ruling upheld in People v Burdunice, 285 Ill.Dec.191,811 N.E.2d 678(2004) and the like, demonstrate how the "public Acts" inter-relate inetr-connect, bundle, log-roll and "bunch" i.e. 'Elijah Stewart' subjects of law together that have no natural or logical connection, thereby violating the single-subject rule; the "Public Acts" of the State of Illinois being unconstitutional.

5.) THAT the name/title/subject "Public Act" further violates the single-subject rule; due to the the Law "Public Act" by it's very nature being used to govern the People "Public Act"; being (1) one of the many purposes and reasons for the single-subject rule, so that the laws 'acts' passed 'enacted' in the State of Illinois, specifically address there area of governship 'i.e. civil, criminal,entertainment,coporate, professional', Fuehrmeyer v City of Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974); People v Burdunice, 285 Ill.Dec. 191,811 N.E.2d 678(2004); Justice Heiple's dissent in Arangold Corp v Zehnder, 240 Ill.Dec. 710,718 N.E.2d 191(1999).

6.) THAT the Illinois Supreme Court prescribed it's 3 teired anaylsis to determine if an act violates the single-subject rule; 1st, courts must determine if act has a proper and legitimate single-subject, 2nd, whether acts provisions 'section' all relate to the acts subject; People v Burduince, 285 Ill.Dec. 191,811 N.E.2d 678(2004);  3rd, whether acts provisions 'section' all relate to one another, Justice Heiple's dissent in Arangold Corp v Zehnder, 240 Ill.Dec. 710,718 N.E.2d 191(1999).

7.) THAT the "Public Acts" of the State of Illinois fail this 3 teired anaylsis of the Illinois Supreme Court; Fuehrmeyer v City of Chicago, 57 Ill.2d 193,202,311 N.E.2d 116(1974).

8.) THAT Fuehrmeyer v City of Chicago is the lead case law to demonstrate the unconstitutionality of the "Public Acts" of the State of Illinois.

9.) THAT in Fuehrmeyer v City of Chicago the way in which the law was written in Illinois prior to 1970 is demonstrated; –Illinois Medical Practice Act approved in 1923; Illinois Dental Surgery and Dentistry Practice Act approved 1909 and the like.

10.) THAT also in **Fuehrmeyer v City of Chicago** the way in which the law in Illinois was written after the 1970 adaptation of the Constitution of the State of Illinois is demonstrated, **P.A.77-1818 and the like.**

11.) THAT prior to the enactment of the "Public Acts" laws of Illinois adhered to the single-subject rule, **Fuehrmeyer v City of Chicago,** 57 Ill.2d 193,202,311 N.E.2d 116(1974).

12.) THAT since the enactment of the "public Acts", the "Public Acts" violate the single-subject rule, rendering the "Public Acts" unconstitutional and the State of Illinois without legal law, lawless, since 1970, for 38 years and counting, **Fuehrmeyer v City of Chicago,** 57 Ill.2d 193,202 311 N.E.2d 116(1974).

13.) THAT (1) one of the many purposes of the single-subject rule, is to ensure orderly, comprehensive and informatiove legislation, **People v Reedy,** 237 Ill.Dec.74,708 N.E.2d 1114(1999)

14.) THAT the "Public Acts" are disorderly, confusing and do not adequately inform the People of the State of Illinois of the laws of the State of Illinois; it's been said that judges and lawyers in the State of Illinois have stated: "The 'Public Acts' are confusing; it's also been stated:"The legal system has been broken for over 30 years and we're trying to fix it", stated by employees of the Office of the State' Attorney of Cook County; **People v Reedy,** 237 Ill.Dec. 74,708 N.E.2d 1114(1999).

15.) THAT the codification rule, has been rejected by the Illinois Supreme Court as being applicable to Illinois' legislation without the initial adherence to the single-subject rule; **People v Reedy,** 237 Ill.Dec. 74,708 N.E.2d 1114(1999); the "Public Acts" of the State of Illinoi: violate the single-subject rule, the codification rule in non-applicable to the "Public Acts"; **Fuehrmeyer v City of Chicago,** 57 Ill.2d 193,202,311 n.E.2d 116(1974).

16.) THAT when a statute(s)/legislation is unconstitutional in it's entirety, as the "Public Acts" are unconstitutional in there entirety, **Fuehrmeyer v City of Chicago,** 57 Ill.2d 193,202,31 N.E.2d 116(1974), no person can be prosecuted under an unconstitutional statute(s)/legislation; **People v Manuel,** Sup. 68 Ill.Dec. 506,446 N.E.2d 240(1983).

17.) THAT when a statute(s)/legislation is unconstitutional in it's entirety, as the "Public Acts" are unconstituional in there entirety, **Fuehrmeyer v City of Chicago,** 57 Ill.2d 193,202,311 N.E.2d 116(1974), no person can be arrested, charged, convicted or imprisoned under unconstitutional statute(s)/legislation, due to the Illinois Supreme Court permanently enjoining any enforcement of any unconstitutional statute(s)/legislation at any time, **Johnson v Edgar,** 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).

18.) THAT an unconstitutional statute(s)/legislation "Public Act" confers no rights, imposes no duties, affords no protections, is no law at all and constitutionally does not exist, which has been and is the current state of the "Public Acts" "laws" "or lack of laws" of the State of Illinois, **People v Gersch, 142 Ill.Dec. 767,553 N.E.2d 281(1990).**

19.) THAT curative will not and can not remedy the constituitional defects in the "public Acts", due to the "Public Acts" being enacted in violation of the single-subject rule of the Constitutic of the State of Illinois, Article 4, Section 8, Subsection(d); **Johnson v Edgar, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).**

20.) THAT subsequent legislation will not and can not legalize or validate, the unconstitutional "Public Acts" themselves, it'self; **Johnson v Edgar, 224 Ill.Dec. 1, 680 N.E.2d 1372(1997).**

21.) THAT the only appropriate, legal, lawful, just and constitutional remedy, is to reverse judgement and dismiss conviction imposed on THE APPELLANT, WILLIAM SHERROD, the immediate release of every person charged, arrested, prosecuted, convicted and or imprison under the reliance of the "Public Acts", the full finacial compensation of these people and the complete replacement of the "Public Acts" with legislation that totally obeys, follows and adheres to the Constitutuion of the State of Illinois & United States of America, **People v Meyerowitz, 61 Ill.2d 200,335 N.E. 2d 1(1975).**

WHEREFORE, IN THE INTEREST OF JUSTICE, THE APPELLANT, WILLIAM SHERROD, MOST HUMBLY REQUEST OF THIS MOST HONORABLE HIGH COURT TO REVERSE JUDGEMENT, DISMISS CONVICTION AND SUCH AND OTHER RELIEF AS IS EQUITABLE AND JUST.

MOST RESPECTFULLY SUBMITTED,

#:R62383

WILLIAM SHERROD, APPELLANT, PRO'SE

**TO YOUR HIGH HONORS:** Your High Honors, I would like any and all applicable leniency in this matter, including but not limited to; the waiving of procedural requirements; due **SOLELY** to the issue raised in this petition: **THE UNCONSTITUTIONALITY OF THE PUBLIC ACTS OF THE STATE OF ILLINOIS.** THANK YOU VERY, VERY. VERY MUCH YOUR HIGH HONORS, SIR'S AND MA'AMS!!! TAKE CARE!

**TO HIGH COURT CLERK:**Do to me being indigent, would you please send me a stamped and filed copy of my **PETITION FOR JUDICIAL REVIEW/RULING,** sent to me here at: Dixon C.C., Attn: William Sherrod #R62383, 2600 N. Brinton Ave, Dixon, IL 61021. Will you please copy the associate justices named, thank you! (Give associate justices a copy of this petition) please **THANK YOU HIGH COURT CLERK, TAKE CARE!!!**



# SUPREME COURT OF ILLINOIS
### SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

August 6, 2008

Mr. William T. Sherrod Jr.
R62383
PO Box 1200
2600 North Brinton Avenue
Dixon, IL 61021

Dear Mr. Sherrod:

Your correspondence and papers postmarked August 1, 2008, addressed to the Illinois Supreme Court Justices have been received by this office.

The record shows that in Illinois Supreme Court Case No. MD 12115, *People v. Sherrod*, the motion for direct appeal was denied by the Court on August 4, 2008, and the case has been closed.

The Attorney Registration and Disciplinary Commission (ARDC), not this office, handles complaints about attorneys and is located at One Prudential Plaza, 130 East Randolph Drive, Suite 1500, Chicago, IL 60601, (312) 565-2600.

For these reasons, your papers are being returned to you.

Thank you.

Very truly yours,

*Juleann Hornyak*

Clerk of the Supreme Court

JH:ah
Enclosures