

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** United States ex. rel WILLIAM SHERROD

**Defendant(s):** NEDRA CHANDLER, et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**
William Sherrod
R-62383
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

FILED
Aug 21 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV4755**
**JUDGE GETTLEMAN**
**MAG. JUDGE ASHMAN**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**Signature:** [signature]     **Date:** 8/21/08