```
                                                               FILED
                                                              Aug 21, 2008 LW
                                                              AUG 2 1 2008
                                                              AUG 21 2008
                                                              MICHAEL W DOBBINS
    7/18/02        UNITED STATES DISTRICT COURT FOR THE CLERK, U.S. DISTRICT COURT
                          NORTHERN DISTRICT OF ILLINOIS
```

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__William Sherrod__
Plaintiff

v.

__Nedra Chandler, Roger Walker__
Defendant(s)

**08CV4755**
**JUDGE GETTLEMAN**
**MAG. JUDGE ASHMAN**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __William Sherrod__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __R-62383__   Name of prison or jail: __Dixon C.C. Correctional Center__
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: __$9.80__

2. Are you currently employed?   ☐Yes ☒No
   Monthly salary or wages: __N/A__
   Name and address of employer: __N/A__

   a. If the answer is "No":
      Date of last employment: __July 2006__
      Monthly salary or wages: __Yearly Salary $50,000.00__
      Name and address of last employer: __1000 N. Sedgwick, Kids' Club of North America__

   b. Are you married?   ☐Yes ☒No (Proceeding with a divorce)
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes ☒No
      Amount __N/A__   Received by __N/A__

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes   ☒ No
Amount _____N/A_____ Received by _____N/A_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes   ☒ No
Amount _____N/A_____ Received by _____N/A_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support     ☐ Yes   ☒ No
Amount _____N/A_____ Received by _____N/A_____

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes   ☒ No
Amount _____N/A_____ Received by _____N/A_____

    f.    ☐ Any other sources (state source:_____)     ☐ Yes   ☒ No
Amount _____N/A_____ Received by _____N/A_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No     Total amount: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: _____N/A_____ Current Value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property: _____N/A_____
Type of property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes   ☒ No
Property: _____N/A_____
Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____N/A_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-11-08

Signature of Applicant

William Sherrod
(Print Name)

---

NOTICE TO PRISONERS: A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

*I have a trust fund balance sheet filed with this court in a civil suit case # 08 C 3903, Judge Coar, Magistrate Judge Keys, verifying my lack of finances. — William Sherrod*

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

DATE _____    SIGNATURE OF AUTHORIZED OFFICER _____

(Print name)

rev. 7/18/02